Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing_office@speakeasy.net

Attorneys for Plaintiff
John Andrade

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| JOHN ANDRADE, | ) Case No.: CV 10-425 FMO |
| Plaintiff, | ) ORDER OF DISMISSAL |
| vs. | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: 7/9/10

_____/s/_____
THE HONORABLE FERNANDO M. OLGUIN,
UNITED STATES MAGISTRATE JUDGE

-1-

1 DATE: June 30, 2010 Respectfully submitted,

2                                 LAW OFFICES OF LAWRENCE D. ROHLFING
                                            /s/ Denise Bourgeois Haley

3                          BY: _____
                                     Denise Bourgeois Haley

4                                     Attorney for plaintiff John Andrade